UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN K. JOHNSON,<br><br>               Plaintiff,<br><br>   v.<br><br>PRITZ NAVARATNASINGAN, *et al.*,<br><br>              Defendants. | Case No. C21-1215-RSL<br><br>ORDER GRANTING APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS* |

      Plaintiff Brian K. Johnson has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $402.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

      The Clerk is directed to send copies of this Order to the parties and to the Honorable Robert S. Lasnik.

      Dated this 13th day of September, 2021.

                                                                                   MICHELLE L. PETERSON
                                                                                   United States Magistrate Judge